UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V.S., *by and through her GAL, Joey Vargas*, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CLOVIS, *et al.*, <br><br> Defendants. | Case No.   1:24-cv-00987-EPG <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE FINDINGS AND RECOMMENDATIONS AS NO LONGER PENDING <br><br> (ECF No. 29) <br><br> ORDER GRANTING PLAINTIFF'S PETITION TO APPROVE MINOR'S SETTLEMENT AGREEMENT <br><br> (ECF Nos. 23, 26) |

## I.    INTRODUCTION

Plaintiff T.V.S., a minor, proceeds through her guardian ad litem Joey Vargas in this civil action, bringing Federal and state claims following an incident where Defendant Hannah Romias, an officer with the Clovis Police Department, allegedly struck Plaintiff in the face. (ECF No. 1, p. 44).

The parties have settled this case, and Plaintiff filed a petition for the Court to approve the parties' settlement agreement. (ECF No. 26 (redacted version filed on March 10, 2026); ECF No. 23 (unredacted version filed on February 17, 2026)).

After the presiding District Judge referred the petition, the undersigned issued findings and recommendations on April 8, 2026, recommending that Plaintiff's petition be granted

1

because the proposed settlement was fair and reasonable and in Plaintiff's best interests. (ECF No. 29).

Neither party filed objections; rather, they ultimately consented to the undersigned presiding over the case for all further proceedings. (ECF No. 32).

Accordingly, for the reasons contained in the Court's findings and recommendations issued on April 8, 2026 (ECF No. 29), IT IS ORDERED as follows:

1. As the parties have consented to the undersigned presiding over this case, the Clerk of Court is directed to terminate the April 8, 2026 findings and recommendations (ECF No. 29) as no longer pending.

2. The petition for approval of minor's settlement (ECF Nos. 23, 26) is granted.

3. The gross settlement between Defendants and Plaintiff of $30,000 is approved.

4. The settlement amount shall be apportioned as follows:

    a. Attorney's fees of $8,996.34 to Plaintiff's counsel;

    b. Litigation costs of $2,994.44 to Plaintiff's counsel;

    c. Medi-Cal lien of $270.77 to be satisfied by Plaintiff's counsel;

    d. The remainder of $17,738.45 to Plaintiff to be deposited in an insured account in Pacific Service Credit Union subject to withdrawal only on authority from this Court or from a state court having oversight of those funds.

5. Defendant shall pay the settlement amount to Plaintiff's counsel within 30 days of the entry of this order.

6. Plaintiff's counsel shall allocate the settlement amounts as set forth in this order no later than 5 days from receipt of payment. And Plaintiff's counsel shall file proof of the deposit of Plaintiff's share of the funds at Pacific Service Credit Union no later than 10 days after receipt of payment.

\\\
\\\
\\\
\\\
\\\

2

7. The parties shall file an appropriate dispositional document within 35 days of the entry of this order.

IT IS SO ORDERED.

Dated:   **May 14, 2026**                     /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE