UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| T.V.S., *by and through her GAL, Joey Vargas*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLOVIS, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00987-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 35). |

On June 8, 2026, the parties filed a joint stipulation stating as follows:

Plaintiff T.V.S., by and through her GAL, Joey Vargas and Defendants, Officer Hannah Romias and City of City of Clovis have resolved this case in its entirety. Therefore, the parties, by and through their counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

(ECF No. 35).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own costs, fees, and expenses. Additionally, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 9, 2026**                    /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE

1